UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: No.
v. :
:
:
LAWRENCE MALACHEFSKI, :
      Defendant :

## WAIVER OF INDICTMENT

1. I understand that I am charged with a felony offense and, therefore, that I have the right to have the case presented to a grand jury. I further understand that a grand jury consists of not less than 16 or more than 23 members, at least 12 of whom must concur in the return of an indictment. Thus, by waiving indictment, I concede that had the case been presented to a grand jury, an indictment would have been returned.

2. I am represented by an attorney, Lawrence J. Kansky, Esquire. I fully understand that I have the right to be represented by an attorney at every stage of this proceeding and, if necessary, one will be appointed to represent me. I have discussed this matter with my attorney and am satisfied with his representation of me in this proceeding.

3. I fully understand this statement, consisting of on two typewritten pages.

_____  _____
LAWRENCE MALACHEFSKI              LAWRENCE J. KANSKY, ESQUIRE
Defendant                         Counsel for Defendant