## UNITED STATES OF AMERICA
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 3:24-CR-98

LAWRENCE MALACHEFSKI :

Defendant :

## PLEA

Now, this 30th day of April, 2024, the above named Defendant, LAWRENCE MALACHEFSKI, having been arraigned in open Court, hereby pleads _guilty_ to the within Information.

_____
**LAWRENCE MALACHEFSKI**