# UNITED STATES OF AMERICA
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

v. : **CRIMINAL NO. 3:24-CR-98**

**LAWRENCE MALACHEFSKI** :

**Defendant** :

## ORDER

**IT IS HEREBY ORDERED** that Defendant, Lawrence Malachefski, is permitted to make payments toward the outstanding restitution relative to the above case prior to sentencing and judgment being entered in this matter.

_____
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 30, 2024**
24-98-01