IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL NO. 3:24-CR-98 |
|---|---|---|
| Vs. | : | (JUDGE MANNION) |
| LAWRENCE MALACHEFSKI | : | |
| Defendant | : | (electronically filed) |

**ORDER**

AND NOW, on this 17th day of June, 2024, after consideration of Defendant's Motion for Permission to Travel, it is hereby ORDERED and DECREED that Defendant's Motion is _GRANTed_.

BY THE COURT:

_____ J.