# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

    vs. :      CASE NO: 3:24-CR-98

LAWRENCE MALACHEFSKI :

    Defendant :

TYPE OF CASE: CRIMINAL

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
WILLIAM J. NEALON FEDERAL BLDG. &
UNITED STATES COURTHOUSE
235 N. WASHINGTON AVE.
SCRANTON, PA  18501

**COURTROOM:** TBD

**DATE AND TIME:**
Monday, August 26, 2024
at 11:15 a.m.

**TYPE OF PROCEEDINGS: SENTENCING**

**DATE:** August 14, 2024

PETER J. WELSH, CLERK

s/ G. Gebhardt
Gina Gebhardt

**TO:** HON. MALACHY E. MANNION, US DISTRICT JUDGE
JEFFERY F. ST. JOHN, ESQUIRE, AUSA
LAWRENCE J. KANSKY, ESQUIRE
U.S. PROBATION
U.S. MARSHAL
CT. REPORTER